[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

Loar Davis )
_____ )
_____ )
)
Plaintiff(s), )
)
v. )
Southern Wine & )
)
Spirits of Illinois )
)
Defendant(s). )

RECEIVED
7-29-16
JUL 29 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case Number:

16-CV-7700
JUDGE JORGE L. ALONSO
MAGISTRATE JUDGE SUSAN E. COX

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Loar Davis of the county of Cook in the state of Illinois.

3. The defendant is Southern Wine & Spirits of Illinois, whose street address is 300 East Crossroad Parkway, (city) Bolingbrook (county) Will (state) Illinois (ZIP) 60440 (Defendant's telephone number) (630 – 685 – 3000

4. The plaintiff sought employment or was employed by the defendant at (street address) 300 East Crossroad Parkway (city) Bolingbrook (county) Will (state) Illinois (ZIP code) 60440

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.     The plaintiff [*check one box*]

  (a)  ☐  was denied employment by the defendant.

  (b)  ☐  was hired and is still employed by the defendant.

  (c)  ☑  was employed but is no longer employed by the defendant.

6.     The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) September (day) 29 , (year) 2015 .

7.1    (*Choose paragraph 7.1 or 7.2, do not complete both*.)

  (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑*has* ☐*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)  ☑ the United States Equal Employment Opportunity Commission, on or about (month) April (day) 12 (year) 2016 .

    (ii)  ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

  (b)  If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

  It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

  (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)      The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)      Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ Yes      ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes      ☐ N0, but a copy will be filed within 14 days.

8.      *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐      the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑     the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)__May___ (day)__3___ (year) _2016_ a copy of which

*Notice* is attached to this complaint.

9.      The defendant discriminated against the plaintiff because of the plaintiff's *[check only*

*those that apply]*:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☑  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

Mike Ryan (union steward) threaten me on 9/29/15, I ~~after~~ reported him the same night to the shift manager. On 9/30/15 Mike Ryan retaliated by bring managers at the end of my shift acusing me of sleeping. Which led to my dismisal.

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)    ☐ Direct the defendant to hire the plaintiff.

(b)    ☑ Direct the defendant to re-employ the plaintiff.

(c)    ☐ Direct the defendant to promote the plaintiff.

(d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)    ☐ Direct the defendant to (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Loar Davis_
(Plaintiff's signature)

_Loar Davis_
(Plaintiff's name)

_4221 West Crystal Street_
(Plaintiff's street address)

(City) _Chicago_ (State) _IL._ (ZIP) _60651_

(Plaintiff's telephone number) (773) – _999 – 1859_

Date: _7/28/16_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Loar Davis
4221 W Crystal
Apt. 1
Chicago, IL 60651

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-03545 | Robert Shelton, Investigator | (312) 869-8078 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Julianne Bowman,
District Director

4/29/16
(Date Mailed)

Enclosures(s)

cc: Chief Executive Officer
SOUTHERN WINE AND SPIRITS OF ILLINOIS
300 East Crossroads Pkwy
Bolingbrook, IL 60440



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2016-03545 |

Illinois Department Of Human Rights and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Loar Davis | (773) 999-1859 | 05-27-1964 |

Street Address: 4221 West Crystal St., Apt. 1, Chicago, IL 60651

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| SOUTHERN WINE & SPIRITS OF ILLINOIS | 500 or More | (630) 685-3000 |

Street Address: 300 East Crossroads Pkwy, Bolingbrook, IL 60440

RECEIVED EEOC

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address:

CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 10-08-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about October 25, 2004. My most recent position was Warehouse Worker. During my employment, I have been subjected to harassment and different terms and conditions of employment, including, but not limited to, extra scrutiny. I complained to Respondent to no avail. Subsequently, I was suspended and discharged.

I believe that I have been discriminated against because of my race, Black, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Apr 12, 2016 *Date* — *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 212-A (3/98)



## U.S. Equal Employment Opportunity Commission

TO: **Illinois Department Of Human Rights**
**100 West Randolph Street**
**Floor 10-100**
**Chicago, IL 60601**

Date **April 12, 2016**
EEOC Charge No.
**440-2016-03545**
FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| **Loar Davis** | v. | **SOUTHERN WINE & SPIRITS OF ILLINOIS** |
|---|---|---|
| *Charging Party* | | *Respondent* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC  ☐ _____ on **April 12, 2016**

*Name of FEPA*  *Date of Receipt*

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver  ☐ FEPA waives

☐ No waiver requested  ☐ FEPA will investigate the charge initially

ILL DEPT OF HUMAN RIGHTS

APR 1 2 2016

RECEIVED

*Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.*

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Julianne Bowman, District Director** | |

| **Loar Davis** | v. | **SOUTHERN WINE & SPIRITS OF ILLINOIS** |
|---|---|---|
| *Charging Party* | | *Respondent* |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name and Title of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Rocco J. Claps, Director** | |

TO: **Chicago District Office**
**500 West Madison St**
**Suite 2000**
**Chicago, IL 60661**

Date **April 12, 2016**
EEOC Charge No.
**440-2016-03545**
FEPA Charge No.

440-2016-03545

May 11, 2016

Julianne Bowman
Director
Chicago District Office - EEOC
500 West Madison Street
Suite 2000
Chicago, Illinois 60661
Fax: 312-869-8220

<u>**RE: Section 83 Charge File Disclosure**</u>

Charging Party Name: Loar Davis
Respondent: Southern Wine and Spirits of Illinois
Charge #:
Right to Sue Letter Issued May 3, 2016

Pursuant to § 1610.17(d) of 29 C.F.R. as contained in Section 83 of the Commission's Compliance Manual I hereby request my entire charge file for the above numbered charge.

Please mail said documents to the following address:

<u>**Loar Davis**</u>
<u>**4221 W Crystal St.**</u>
<u>**Chicago, IL 60651**</u>

If practicable I also request the documents be sent electronically in .pdf form to my email address at 'y1time4u@gmail.com'

Very truly yours,

Loar Davis

RECEIVED EEOC
MAY 1 8 2016
CHICAGO DISTRICT OFFICE